UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, and THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,<br><br>　　　　　　　　　　　Petitioners,<br><br>　　　　　-v.-<br><br>INISS CONSTRUCTION, INC.,<br><br>　　　　　　　　　　　Respondent. | 21 Civ. 4582 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On May 21, 2021, Petitioners filed a petition to confirm an arbitration award. (Dkt. #1). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **June 23, 2021**. Respondent's opposition, if any, is due on **July 23, 2021**. Petitioners' reply, if any, is due **August 6, 2021**.

Petitioners shall serve the petition upon Respondents electronically and by overnight mail no later than **June 1, 2021**, and shall file an affidavit of such service with the court no later than **June 8, 2021**.

SO ORDERED.

Dated: May 24, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge