**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                      Petitioners,                    21 **CIVIL** 4582 (KPF)

   -against-                              **JUDGMENT**

INNISS CONSTRUCTION INC.,

                      Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 18, 2021, the Petition is granted. Judgment is entered in the amount of $209,094.16; consisting of (i) the arbitration award of $199,544.19; (ii) $6,839731 in prejudgment interest; (iii) $2,644 in attorneys' fees; (iv) and $75 in costs. Post-judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
          October 18, 2021         **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                                         **BY:**  _____
                                                      **Deputy Clerk**